## BERGER v. KIRBY et al.

(Supreme Court of Texas. Nov. 8, 1911.)

APPEAL AND ERROR (§ 811*)—ADVANCE—MERIT OF CAUSES.

Causes involving private interests will not be advanced over other causes on appeal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3191–3194; Dec. Dig. § 811.*]

Action between Mary Berger and M. W. Kirby and others. From the judgment, Berger brings error. On motion to advance the cause. Motion overruled.

See, also, 135 S. W. 1122.

S. D. Grant, H. Lynn Kaouzouris, J. E. Thomas, M. M. Smith, T. E. Sewell, and Barry Miller, for the motion.

BROWN, C. J. The condition of the docket of this court is such that we must adopt and adhere to the rule to advance causes only where the public interests are involved. Every litigant whose case is pending in this court is entitled to the same treatment, and this court will not discriminate in favor of any one.

The interests involved in this case are personal, and the parties have no claim to a preference over other persons.

The motion is overruled.